IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIL DAUGHTRY,** | **CIVIL NO. 1:11-2210** |
| Plaintiff | |
| v. | **Judge Rambo** |
| **HARRELL WATTS,** *et al.,* | **Magistrate Judge Smyser** |
| Defendants | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT**:

1) The court rejects the report and recommendation of Magistrate Judge Smyser.

2) The complaint is dismissed as moot.

3) The Clerk of Court shall close the file.

4) It is certified that any appeal will be deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
United States District Judge

Dated: November 28, 2012.